USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GUTAMI INC., ET AL.

Plaintiffs,

- against -

SCALE MICROGRID SOLUTIONS OPERATING, ET AL.,

Defendants.

**26-cv-5710 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of letters concerning a contemplated motion as between Defendants Scale Microgrid Solutions Operating, LLC ("Scale") and SMS DevFin LLC (collectively, "Scale" or "Defendants") and Plaintiffs Gutami Inc., Gutami Energy LLC (f/k/a CSG-Gutami, LLC), and Gutami Solar, LLC (collectively, "Gutami" or "Plaintiffs").

Specifically, the Court is in receipt of Defendants' July 30, 2026, and September 4, 2026 pre-motion letters concerning its contemplated motion to dismiss (see Dkt. Nos. 10 & 25); and Plaintiffs' August 6, 2026, and September 11, 2026 letter responses (see Dkt. Nos. 21 & 26).

The Court hereby **GRANTS** Defendants leave to file their contemplated motion to dismiss. The parties are **ORDERED** to

jointly submit a proposed briefing schedule within fourteen (14) days of this Order.

**SO ORDERED.**

Dated: 21 September 2026
New York, New York

____________________________

Victor Marrero
U.S.D.J.