USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 10/8/26

orrick

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

**Thomas N. Kidera**

**E** tkidera@orrick.com
**D** +1 212 506 5277
**F** +1 212 506 5151

October 7, 2026

**VIA ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: ***Gutami Inc. v. Scale Microgrid Solutions Operating, LLC*, No. 1:26-cv-05710-VM**
**Letter Motion to Redact References to Sealed Exhibits**

Dear Judge Marrero:

We move on behalf of Defendants Scale Microgrid Solutions Operating, LLC and SMS DevFin LLC (collectively, "Defendants") pursuant to Your Honor's Individual Practices Rule II.H, the Court's Standing Order 19-mc-00583, and ECF Rules & Instructions, Section 6, to redact references to the sealed Exhibits 2 [ECF 10-2] and 3 [ECF 10-3] in support of Defendants' pre-motion to dismiss letter [ECF 10] that are included in Defendants' concurrently filed memorandum of law in support of their motion to dismiss.

On July 30, 2026, Defendants filed a motion to seal Exhibits 2 and 3 [ECF 11] with their pre-motion to dismiss letter [ECF 10]. Exhibit 2 is an agreement, titled the Amended and Restated Expansion Credit Agreement (the "Credit Agreement"), and Exhibit 3 is an agreement, titled the Option Agreement, both dated May 8, 2024, entered between the parties. The Credit Agreement requires that "the existence and terms of this Agreement and the Loan Documents and the information provided by the Loan Parties to Lender in connection with this Agreement or the Loan Documents will be kept confidential." Ex. 2 § 6.15. The Option Agreement is a "Loan Document" under the Credit Agreement and is subject to the same confidentiality obligation. *See id.* § 6.15, Appendix A; Ex. 3, at 4. As explained in the motion to seal, these documents are not generally available to the public and contain bargained-for, competitively sensitive terms whose disclosure may disadvantage Defendants in future negotiations with counterparties. *See* ECF 11. On August 3, 2026, the Court granted the motion to seal [ECF 15].

For the foregoing reasons, Defendants respectfully request that the Court grant this motion to redact references in the concurrently filed memorandum of law in support of their motion to dismiss to the sealed Exhibits 2 and 3, including quotations of the terms.

Respectfully submitted,

*/s/ Thomas N. Kidera*

Copy (by ECF) to: All counsel of record

**SO ORDERED.**
10/8/26
DATE

VICTOR MARRERO, U.S.D.J.