HodgsonRuss LLP ATTORNEYS

**Aaron M. Saykin**
Partner
Direct Dial: 716.848.1345
Direct Facsimile: 716.961.7933
*ASaykin@hodgsonruss.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/26

November 3, 2026

**VIA ECF**

The Hon. Victor Marrero
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: ***Gutami Inc. v. Scale Microgrid Solutions Operating, LLC*, No. 1:26-cv-05710-VM**
**Letter Motion to Seal and Redact References to Sealed Exhibits**

Dear Judge Marrero:

This firm represents Plaintiffs Gutami Inc., Gutami Energy LLC, and Gutami Solar, LLC (together, "Gutami") in the above-captioned matter against Defendants Scale Microgrid Solutions Operating, LLC and SMS DevFin LLC (collectively, "Scale"). We move on behalf of Gutami pursuant to Your Honor's Individual Practices Rule II.H, the Court's Standing Order 19-mc-00583, and ECF Rules & Instructions, Section 6, to (i) seal Exhibit A to the concurrently filed Declaration of Aaron M. Saykin in Support of Gutami's Opposition to Scale's Partial Motion to Dismiss ("Saykin Decl."), and (ii) redact references to Exhibit A to the Saykin Declaration and previously sealed Exhibits 2 (ECF 10-2) and 3 (ECF 10-3) in support of Scale's pre-motion to dismiss letter (ECF 10) that are included in Gutami's concurrently filed memorandum of law in opposition to Scale's motion to dismiss (the "Opposition").

On July 30, 2026, Scale filed a motion to seal (ECF 11) Exhibits 2 and 3 to Scale's pre-motion to dismiss letter (ECF 10). Exhibit 2 is an agreement titled the Amended and Restated Expansion Credit Agreement (the "Credit Agreement"), and Exhibit 3 is an agreement titled the Option Agreement, both dated May 8, 2024, that the parties entered into. The Credit Agreement requires that "the existence and terms of this Agreement and the Loan Documents and the information provided by the Loan Parties to Lender in connection with this Agreement or the Loan Documents will be kept confidential." Ex. 2 (ECF 10-2) § 6.15. As Scale explained in its motion to seal, these documents are not generally available to the public and contain bargained-for, competitively sensitive terms whose disclosure may disadvantage Defendants in future negotiations with counterparties. *See* ECF 11.

Indeed, courts routinely grant motions to seal non-public, bargained-for agreements and their terms whose disclosure may cause competitive harm in future negotiations. *See, e.g.*, *Carbon Inv. Partners, LLC v. Bressler*, 2020 WL 5441497, at *1 (S.D.N.Y. Sept. 10, 2020)

Hodgson Russ LLP ATTORNEYS

(sealing confidential operating agreement that was "the product of extensive negotiations among Carbon's principals" and "[d]isclosure of this document would potentially harm Carbon's commercial interests as well as the commercial interests of Carbon's principals in future negotiations"); *Gracyzk v. Verizon Commc'ns, Inc.*, 2020 WL 1435031, at *8-9 (S.D.N.Y. Mar. 24, 2020) (granting party's request to seal portions of contracts that would cause them to suffer "competitive disadvantage in future negotiations"); *Regeneron Pharms., Inc. v. Novartis Pharma AG*, 2021 WL 243943, at *2 (S.D.N.Y. Jan. 25, 2021) (granting motion to redact confidential business information relating to agreements entered into between the parties that would disadvantage parties in future negotiations). Accordingly, the Court granted Scale's motion to seal. *See* ECF 15.

On October 7, 2026, Scale filed a motion to redact references to Exhibits 2 and 3 for the same reasons that the Exhibits were sealed. *See* ECF 31. The Court granted that motion too. *See* ECF 36.

Exhibit A to the Saykin Declaration is an agreement titled "Agreement and First Amendment to Amended and Restated Expansion Credit Agreement" (the "First Amendment"). As the name suggests, it is an amendment to the Credit Agreement and is accordingly also subject to the Credit Agreement's confidentiality requirements. Thus, for the foregoing reasons and the reasons previously presented by Scale, Gutami respectfully requests that the Court grant this motion to permit Exhibit A to the Saykin Declaration to be sealed in its entirety and to redact references thereto and to other sealed documents in Gutami's opposition memorandum of law.

Respectfully yours,

A. Saykin

Aaron M. Saykin

CC: All counsel of record (via ECF)

SO ORDERED.

11/6/26

DATE

VICTOR MARRERO, U.S.D.J.